UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Liberty Mutual Insurance Company, a/s/o Mitchell Anderson and Janice Anderson,

Plaintiffs,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Lonnie Brickacek, individually and d/b/a Brickacek Stone Masonry,

Defendants.

Civ. No. 00-2789(JRT/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. John R. Tunheim, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: January 17th, 2002
At Duluth, Minnesota

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MJB

(11)