# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

CIVIL FILE NO. 0:00-CV-2789 JRT/RLE

---

Liberty Mutual Insurance
Company, a/s/o
Mitchell Anderson and
Janice Anderson,

Plaintiffs,

**STIPULATION OF DISMISSAL**

-v-

Lonnie Brickacek, individually and
d/b/a Brickacek Stone Masonry,

Defendants.

---

The undersigned, through their attorneys, hereby stipulate that the captioned matter has been settled and resolved entirely and the same may be, and hereby is, dismissed with prejudice, on the merits, and without costs or disbursements to either party. Either attorney may move the Court for entry of an order consistent with this stipulation.

Dated: 1-2-02.

COZEN & O'CONNOR

By [signature]
Beth (Manzeske) Boghossian
222 South Riverside Plaza, #1500
Chicago, IL 60606-6000
(312) 382-3100

Attorneys for Plaintiff

Dated: 12-10-01.

ROSENMEIER, ANDERSON & VOGEL

By [signature]
Douglas P. Anderson
210 Second Street N.E.
Little Falls, MN 56345
(320) 632-5458

Attorneys for Defendant

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**ORDER FOR JUDGMENT**

Pursuant to the foregoing stipulation and on motion of Douglas P. Anderson, one of the attorneys for Defendant,

IT IS ORDERED

That judgment be entered dismissing the above-entitled cause of action with prejudice and on the merits and without costs or disbursements to either party.

Dated: Jan. 24, 2002

John R. Tunheim

Judge, John R. Tunheim
United States District Court

**JUDGMENT**

Pursuant to the foregoing order for judgment and on motion of Douglas P. Anderson, one of the attorneys for Defendant,

IT IS ADJUDGED

The above-entitled action is hereby dismissed with prejudice and on the merits and without costs or disbursements to either party.

Dated: __________.

____________________
Clerk
United States District Court
District of Minnesota